United States District Court
Southern District of Texas
**ENTERED**
October 30, 2023
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| TRENECIA MOORE,<br>   *Plaintiff*, | §<br>§<br>§ |
| v. | §   CIVIL ACTION NO. 4:23-CV-1686 |
| | § |
| SYNERPRISE CONSULTING SVS, INC.,<br>   *Defendant*. | §<br>§<br>§ |

## MEMORANDUM AND RECOMMENDATION

On August 4, 2023, the Court reset the initial scheduling conference in this case for November 13, 2023 and extended the time for Plaintiff to file her Amended Complaint as previously ordered until October 6, 2023. ECF 16. The Court warned Plaintiff "that failure to do so may result in a recommendation to the district court that this case be dismissed without prejudice for failure to prosecute." Plaintiff did not file her Amended Complaint as ordered or seek other relief from the Court. The Court therefore RECOMMENDS that this case be DISMISSED without prejudice due to Plaintiff's failure to prosecute her claims.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto.*

*Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on October 30, 2023, at Houston, Texas.

                                                Christina A. Bryan
                                          United States Magistrate Judge